# Exhibit 1



**Brian Fogarty**
NIKE, Inc.
One Bowerman Drive
Beaverton, OR 97005
(503) 532-7988
brian.fogarty@nike.com

November 3, 2021

<u>Via Overnight Courier</u>

Shannon Higginson
Senior Vice President, General Counsel and Chief Compliance Officer
lululemon athletica inc.
1818 Cornwall Ave,
Vancouver BC V6J 1C7

- and -

Kristie D'Ambrosio-Correll
Chief Technology Officer
Curiouser Products Inc. d/b/a Mirror
712 Broadway Apt 4
New York, NY 10003

**Re:    Notice of Nike's Intellectual Property Rights**

Dear Ms. Higginson and Ms. D'Ambrosio-Correll:

My name is Brian Fogarty and I am Nike's Vice President of Global IP Litigation and Brand Protection.  Nike owns a broad portfolio of global intellectual property rights, including utility patents covering the functionality of Nike Run Club, Nike Training Club, and other fitness products.  We write to you today because certain Lululemon products infringe upon Nike's patented technologies.

For example, Nike owns a robust portfolio of utility patents related to fitness/gym equipment, including but not limited to U.S. Patent Nos. 8,620,413; 9,278,256; 9,259,615; 10,188,930; 10,232,220; and 10,923,225 (collectively, the "Patents").  Copies of these patents are included for your reference and we encourage you to review these assets and other Nike assets if you have not already.

Lululemon is promoting and offering for sale The Mirror Home Gym and accompanying mobile applications (the "Products"), which meet the claims of the Patents.  Exhibits A-F are also included and show representative, non-limiting claim charts mapping the infringement of the Products against the Patents.

We trust you understand Nike must protect its valuable intellectual property rights.  That said, our intention in writing to you today is not to litigate, but to work with you in the



Shannon Higginson and Kristie D'Ambrosio-Correll
November 2, 2021
Page 2

spirit of cooperation on the terms of an amicable resolution.  In order to move this process forward, please contact us within the next week to discuss this matter.  We will understand your failure to contact us as an indication that you do not wish to discuss the terms of a resolution at this time.  Moreover, to the extent the parties are unable to reach a resolution within 60 days of this letter, we intend to take legal action to enforce Nike's intellectual property rights.

Please note that we are writing you today regarding the specific issues described above, and NIKE reserves any and all rights and remedies it may have against your company.

Sincerely,

Brian M. Fogarty
VP, Global IP Litigation & Brand Protection

Enclosures

# EXHIBIT A

# U.S. Patent No. 8,620,413 to Prstojevich et al.

2

# U.S. Patent No. 8,620,413 to Prstojevich et al.

1. An apparatus comprising:

- a processor; and a memory storing instructions that, when executed by the processor, cause the apparatus at least to:

- prompt a user to exercise at a plurality of successive exertion levels, wherein an exertion level is based on a level of physical fitness of a user;

- determine a plurality of heart rate zones based on first heart rate measurements received from a sensor while the user exercises at the plurality of successive exertion levels;

- generate a prompt instructing a user to exercise while maintaining heart rate within a particular one of the plurality of heart rate zones;

- process second heart rate measurements received from the sensor subsequent to generating the prompt; and

- determine whether the second heart rate measurements are within the particular heart rate zone.

# U.S. Patent No. 8,620,413 to Prstojevich et al.

An apparatus comprising:

*The Mirror and Mirror app are an apparatus*





# U.S. Patent No. 8,620,413 to Prstojevich et al.

a processor; and a memory storing instructions that, when executed by the processor, cause the apparatus at least to:

*The Mirror includes a processor that executes stored instructions.*

TECHNOLOGY                    Quad core processor

*The Mirror App runs on a device that includes a processor that executes stored instructions.*

Compatibility
**iPhone**
Requires iOS 11.0 or later.

**iPad**
Requires iPadOS 11.0 or later.

**iPod touch**
Requires iOS 11.0 or later.

**Mac**
Requires macOS 11 or later and a Mac with Apple M1 chip.

*See, e.g.,* https://www.mirror.co/shop/mirror; https://apps.apple.com/us/app/mirror-workout-companion/id1153358600

# U.S. Patent No. 8,620,413 to Prstojevich et al.

prompt a user to exercise at a plurality of successive exertion levels, wherein an exertion level is based on a level of physical fitness of a user;

*The Mirror prompts users to target specific exertion levels*





*The Mirror bases these exertion levels on the user's fitness levels.*

# U.S. Patent No. 8,620,413 to Prstojevich et al.

determine a plurality of heart rate zones based on first heart rate measurements received from a sensor while the user exercises at the plurality of successive exertion levels;

**Supported devices**

The Mirror is designed to work with Bluetooth enabled heart rate monitors. We have included a list of devices below that we have tested and are certified to work consistently with the Mirror:

- MIRROR heart rate monitor
- Apple Watch (for iOS)
- Android smart watches that run on Wear OS (for Android). See <u>here</u> for list.
- Polar
- Garmin Heart Rate Monitor (Chest Strap monitors only; does not include Garmin watches)
- Peloton & Orange Theory HRMs

*The Mirror measures the user's heart rate using sensors.*

*See, e.g., <u>https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X</u>*


**NIKE LEGAL**

# U.S. Patent No. 8,620,413 to Prstojevich et al.

generate a prompt instructing a user to exercise while maintaining heart rate within a particular one of the plurality of heart rate zones;

*The Mirror prompts users to target specific exertion levels*



# U.S. Patent No. 8,620,413 to Prstojevich et al.

process second heart rate measurements received from the sensor subsequent to generating the prompt; and

*See, e.g.,* [https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X](https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X)

**Supported devices**

The Mirror is designed to work with Bluetooth enabled heart rate monitors. We have included a list of devices below that we have tested and are certified to work consistently with the Mirror:

- MIRROR heart rate monitor
- Apple Watch (for iOS)
- Android smart watches that run on Wear OS (for Android). See here for list.
- Polar
- Garmin Heart Rate Monitor (Chest Strap monitors only; does not include Garmin watches)
- Peloton & Orange Theory HRMs

*The Mirror measures the user's heart rate using sensors.*

NIKE LEGAL

# U.S. Patent No. 8,620,413 to Prstojevich et al.

determine whether the second heart rate measurements are within the particular heart rate zone.

*The Mirror shows users whether their heart rates are within the target zone*



# EXHIBIT B

**NIKE LEGAL**

# U.S. Patent No. 9,278,256 to Tchao et al.

# U.S. Patent No. 9,278,256 to Tchao et al.

11. A method comprising:

- receiving a prompt inviting a first user to participate in a challenge, wherein the challenge includes a competition between the first user performing athletic activities at a first location and a second user performing athletic activities at a second location different to, and remote from, the first location;

- determining an amount of athletic activity performed by the first user based on sensor data received from a sensor worn on an appendage of the first user; and

- receiving data from a second sensor indicative of an amount of athletic activity performed by the second user;

- determining whether the challenge has been met by the first user based on a comparison of the amount of athletic activity performed using the first user to the amount of athletic activity performed by the second user; and

- continuously generating and simultaneously communicating in real-time to the first user at the first location and the second user at the second location, an interface indicating whether the challenge has been met.

# U.S. Patent No. 9,278,256 to Tchao et al.

11. A method comprising: receiving a prompt inviting a first user to participate in a challenge, wherein the challenge includes a competition between the first user performing athletic activities at a first location and a second user performing athletic activities at a second location different to, and remote from, the first location;

*See, e.g., https://apps.apple.com/us/app/mirror-workout-companion/id1153358600*

• Sync a Bluetooth heart-rate monitor or Apple Watch to enable heart-rate based training, including competition mode where you can earn points by hitting target heart rate zones.

*See, e.g., https://shop.lululemon.com/story/mirror-home-gym*



*first user:*
**mountainbiker33**
**San Diego, CA**

*second user:*
**candice_309**
**Dallas, TX**

# U.S. Patent No. 9,278,256 to Tchao et al.

determining an amount of athletic activity performed by the first user based on sensor data received from a sensor worn on an appendage of the first user; and
receiving data from a second sensor indicative of an amount of athletic activity performed by the second user;

*See, e.g., https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X*

**Supported devices**

The Mirror is designed to work with Bluetooth enabled <mark>heart rate monitors</mark>. We have included a list of devices below that we have tested and are certified to work consistently with the Mirror:

- MIRROR heart rate monitor
- Apple Watch (for iOS)
- Android smart watches that run on Wear OS (for Android). See <u>here</u> for list.
- Polar
- Garmin Heart Rate Monitor (Chest Strap monitors only; does not include Garmin watches)
- Peloton & Orange Theory HRMs

*At least Apple Watch, Android smart watches, Polar heart rate monitors, and Orange Theory HRMs include sensors worn on a user's arm.*

# U.S. Patent No. 9,278,256 to Tchao et al.

determining whether the challenge has been met by the first user based on a comparison of the amount of athletic activity performed using the first user to the amount of athletic activity performed by the second user; and

*See, e.g.,* https://shop.lululemon.com/story/mirror-home-gym



*A first user's amount of athletic activity is compared to a second user's amount of athletic activity.*

# U.S. Patent No. 9,278,256 to Tchao et al.

continuously generating and simultaneously communicating in real-time to the first user at the first location and the second user at the second location, an interface indicating whether the challenge has been met.

*See, e.g.,* https://shop.lululemon.com/story/mirror-home-gym



*The first and second users' points are displayed to both users simultaneously in real time.*

NIKE LEGAL

# EXHIBIT C

NIKE LEGAL

# U.S. Patent No. 9,259,615 to Weast et al.

# U.S. Patent No. 9,259,615 to Weast et al.

1. A method, comprising:

- receiving athletic activity data from a device configured to be worn by a user;

- receiving an activity time period;

- receiving a first activity goal for the activity time period;

- determining, at a processor, whether the received athletic activity data exceeds the first activity goal for a predetermined number of consecutive activity time periods; and

- presenting a streak reward to the user when the received athletic activity data exceeds the first activity goal for the predetermined number of consecutive activity time periods

3

# U.S. Patent No. 9,259,615 to Weast et al.

1. A method, comprising:
receiving athletic activity data from a device configured to be worn by a user;

*The Mirror and Mirror App receive athletic activity data from a device (e.g., heart rate monitor) configured to be worn by a user.*

*See, e.g.,* https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X

**Supported devices**

The Mirror is designed to work with Bluetooth enabled heart rate monitors. We have included a list of devices below that we have tested and are certified to work consistently with the Mirror:

- MIRROR heart rate monitor
- Apple Watch (for iOS)
- Android smart watches that run on Wear OS (for Android). See here for list.
- Polar
- Garmin Heart Rate Monitor (Chest Strap monitors only; does not include Garmin watches)
- Peloton & Orange Theory HRMs

# U.S. Patent No. 9,259,615 to Weast et al.

receiving an activity time period;
receiving a first activity goal for the activity time period;

*A user of the Mirror App can specify a time period (e.g., a week) in which activity is to be performed.*

*See, e.g., https://apps.apple.com/us/app/mirror-workout-companion/id1153358600#?platform=iphone*



*The Mirror App can receive an activity goal for an activity time period (e.g., "4 target sessions" per week).*

# U.S. Patent No. 9,259,615 to Weast et al.

determining, at a processor, whether the received athletic activity data exceeds the first activity goal for a predetermined number of consecutive activity time periods; and presenting a streak reward to the user when the received athletic activity data exceeds the first activity goal for the predetermined number of consecutive activity time periods

*The Mirror App determines whether activity data exceeds an activity goal.*

*See, e.g.,* *https://apps.apple.com/us/app/mirror-workout-companion/id1153358600#?platform=iphone*



# EXHIBIT D

# U.S. Patent No. 10,188,930 to Winsper et al.

# U.S. Patent No. 10,188,930 to Winsper et al.

**1.** A computer-implemented method comprising:

- providing first instructions to a user to perform a first athletic movement;

- receiving, from a sensor, first activity data representing the first athletic movement;

- calculating with a processor, based on the first activity data, a first combinatory fitness-athleticism score;

- providing, in response to a triggering event, second instructions to the user to perform a second athletic movement;

- receiving, from the sensor, second activity data representing the second athletic movement;

- calculating, with the processor, based on the second activity data, a second combinatory fitness-athleticism score,

- wherein the first and the second combinatory fitness-athleticism scores each comprise a fitness sub-score and a separate athleticism sub-score of the user,

- wherein the fitness sub-score is calculated, by the processor, using one or more of an endurance fitness attribute, a flexibility fitness attribute and a strength fitness attribute of the user, and

- wherein the athleticism sub-score is calculated, by the processor, using one or more of a speed athleticism attribute, an agility athleticism attribute, a reaction athleticism attribute, a power athleticism attribute and a balance athleticism attribute of the user.

# U.S. Patent No. 10,188,930 to Winsper et al.

A computer-implemented method comprising:

*The Mirror includes a processor that executes stored instructions.*

TECHNOLOGY                    Quad core processor

*The Mirror App runs on a device that includes a processor that executes stored instructions.*

Compatibility
**iPhone**
Requires iOS 11.0 or later.

**iPad**
Requires iPadOS 11.0 or later.

**iPod touch**
Requires iOS 11.0 or later.

**Mac**
Requires macOS 11 or later and a Mac with Apple
M1 chip.

*See, e.g.,* https://www.mirror.co/shop/mirror; https://apps.apple.com/us/app/mirror-workout-companion/id1153358600

# U.S. Patent No. 10,188,930 to Winsper et al.

providing first instructions to a user to perform a first athletic movement;

*The Mirror videos provide instructions to users to Perform athletic movements.*



**NIKE LEGAL**

# U.S. Patent No. 10,188,930 to Winsper et al.

receiving, from a sensor, first activity data representing the first athletic movement;

*See, e.g.,* *https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X*

**Supported devices**

The Mirror is designed to work with Bluetooth enabled heart rate monitors. We have included a list of devices below that we have tested and are certified to work consistently with the Mirror:

- MIRROR heart rate monitor
- Apple Watch (for iOS)
- Android smart watches that run on Wear OS (for Android). See here for list.
- Polar
- Garmin Heart Rate Monitor (Chest Strap monitors only; does not include Garmin watches)
- Peloton & Orange Theory HRMs

*The Mirror receives first and second activity data in the form of heart rate from the heart rate monitor.*

6

# U.S. Patent No. 10,188,930 to Winsper et al.

calculating with a processor, based on the first activity data, a first combinatory fitness-athleticism score;

*The Mirror calculates a fitness-athleticism score.*



# U.S. Patent No. 10,188,930 to Winsper et al.

providing, in response to a triggering event, second instructions to the user to perform a second athletic movement;



The Mirror instructs users to conduct athletic movements. It responds to the triggering event of time expiring to provide second instructions.

# U.S. Patent No. 10,188,930 to Winsper et al.

receiving, from the sensor, second activity data representing the second athletic movement;

*See, e.g.,* https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X

**Supported devices**

The Mirror is designed to work with Bluetooth enabled heart rate monitors. We have included a list of devices below that we have tested and are certified to work consistently with the Mirror:

- MIRROR heart rate monitor
- Apple Watch (for iOS)
- Android smart watches that run on Wear OS (for Android). See here for list.
- Polar
- Garmin Heart Rate Monitor (Chest Strap monitors only; does not include Garmin watches)
- Peloton & Orange Theory HRMs

*The Mirror receives first and second activity data in the form of heart rate from the heart rate monitor.*

9

# U.S. Patent No. 10,188,930 to Winsper et al.

calculating, with the processor, based on the second activity data, a second combinatory fitness-athleticism score,

*The Mirror calculates a fitness-athleticism score.*



**NIKE LEGAL**

# U.S. Patent No. 10,188,930 to Winsper et al.

wherein the first and the second combinatory fitness-athleticism scores each comprise a fitness sub-score and a separate athleticism sub-score of the user,

wherein the fitness sub-score is calculated, by the processor, using one or more of an endurance fitness attribute, a flexibility fitness attribute and a strength fitness attribute of the user, and

wherein the athleticism sub-score is calculated, by the processor, using one or more of a speed athleticism attribute, an agility athleticism attribute, a reaction athleticism attribute, a power athleticism attribute and a balance athleticism attribute of the user.

*The Mirror calculates a score which relies on heart rate as an endurance attribute and calories burned which is a power attribute.*





11

# EXHIBIT E

# U.S. Patent No. 10,232,220 to Hoffman et al.

# U.S. Patent No. 10,232,220 to Hoffman et al.

11. An apparatus comprising:

- a processor; and

- a non-transitory, computer-readable medium storing computer-readable instructions that, when executed, cause the apparatus to:

- record athletic activity performed by a user;

- receive a sharing option selection configured to allow the recorded athletic activity to be shared; and

- in response to receiving the sharing option selection, transmitting workout information associated with the recorded athletic activity to a network page of a social networking site viewable by one or more other users.

# U.S. Patent No. 10,232,220 to Hoffman et al.

11. An apparatus comprising: a processor; and
a non-transitory, computer-readable medium storing computer-readable instructions that, when executed, cause the apparatus to:

*The Mirror includes a processor that executes stored instructions.*

*See, e.g.,* https://www.mirror.co/shop/mirror

TECHNOLOGY                    Quad core processor

*The Mirror App runs on a device that includes a processor that executes stored instructions.*

*See, e.g.,* https://apps.apple.com/us/app/mirror-workout-

Compatibility

**iPhone**
Requires iOS 11.0 or later.

**iPad**
Requires iPadOS 11.0 or later.

**iPod touch**
Requires iOS 11.0 or later.

**Mac**
Requires macOS 11 or later and a Mac with Apple
M1 chip.
*See, e.g.,*
https://play.google.com/store/apps/details?id=co.mirror.android&hl=en_US&gl=US

**Requires Android**

Varies with device


NIKE LEGAL

# U.S. Patent No. 10,232,220 to Hoffman et al.

record athletic activity performed by a user;

*The Mirror and the Mirror App record athletic activity.*



**TRACK YOUR RESULTS**

Track your workouts, heart-rate, calories and more via your personal performance dashboard.

*See, e.g.,* https://www.mirror.co/how-it-works;
https://apps.apple.com/us/app/mirror-workout-companion/id1153358600#?platform=iphone

# U.S. Patent No. 10,232,220 to Hoffman et al.

receive a sharing option selection configured to allow the recorded athletic activity to be shared; and

*See, e.g.,* https://mirror.kustomer.help/en_us/interacting-with-friends-H1OVj5thv

## INTERACTING WITH FRIENDS

The Mirror makes it easy for friends and family to get stronger together. Members can connect with friends in the MIRROR App to offer encouragement, track their progress, celebrate milestones, and share favorite classes. During a class, Members can turn on their Community Camera to see their classmates and to receive additional guidance from the instructor.

### Share Classes

Share your workout with friends via text, email or social. After you've completed and rated a class, click 'Share' on the social share screens. You can also navigate to your Activity Feed, select a workout and tap the "share" icon in the upper right corner. When you add Friends, you'll also automatically be able to see their workouts in your Friends Activity Feed.

6

# U.S. Patent No. 10,232,220 to Hoffman et al.

in response to receiving the sharing option selection, transmitting workout information associated with the recorded athletic activity to a network page of a social networking site viewable by one or more other users.

*The Mirror and Mirror App allow workout information (e.g., calories burned, average heart rate, total duration) to be viewed on social networking sites (e.g., Twitter, Instagram).*





# EXHIBIT F

# U.S. Patent No. 10,923,225 to Riley et al.

# U.S. Patent No. 10,923,225 to Riley et al.

1. A method comprising

- establishing, by a sensor device, data communication with a piece of workout equipment;

- transmitting, by the sensor device and to the piece of workout equipment, a first set of data for operating a first function of the piece of workout equipment; and

- transmitting, by the sensor device and to the piece of workout equipment, a first set of activity data corresponding to an activity performed by a user during a first time period, wherein the piece of workout equipment is configured to display the first set of activity data.

# U.S. Patent No. 10,923,225 to Riley et al.

> 1. A method comprising establishing, by a sensor device, data communication with a piece of workout equipment; transmitting, by the sensor device and to the piece of workout equipment, a first set of data for operating a first function of the piece of workout equipment; and

*See, e.g., https://mirror.kustomer.help/en_us/heart-rate-monitors-that-are-compatible-with-your-mirror-HyCAvTJ5X*

**Supported devices**

The Mirror is designed to work with Bluetooth enabled heart rate monitors. We have included a list of devices below that we have tested and are certified to work consistently with the Mirror:

- MIRROR heart rate monitor
- Apple Watch (for iOS)
- Android smart watches that run on Wear OS (for Android). See here for list.
- Polar
- Garmin Heart Rate Monitor (Chest Strap monitors only; does not include Garmin watches)
- Peloton & Orange Theory HRMs

*The Mirror communicates with a heart rate monitor, including the Apple Watch.*

# U.S. Patent No. 10,923,225 to Riley et al.

a first set of data for operating a first function of the piece of workout equipment; and

Emoji Selection · Exercise Control · Volume Control



*The Apple Watch can operate the Mirror.*

Workout + Exercise Title
Exercise Playback
Heart Rate

Song Title
Volume Control

Music Volume
Trainer Volume

- Select emoji(s) to show reaction during workout
- See example 1

- Playback allows user to go back or go to next exercise sequence during a workout
- Turn Apple Watch dial to adjust volume
- See example 2A & 2B

- Hold down +/- to increase volume on music or instructor volume
- Music comes from either a pre-defined Mirror music library or from connecting to Apple Music.

# U.S. Patent No. 10,923,225 to Riley et al.

transmitting, by the sensor device and to the piece of workout equipment, a first set of activity data corresponding to an activity performed by a user during a first time period, wherein the piece of workout equipment is configured to display the first set of activity data.



*The heart rate monitor transmits heart rate data that is displayed on the Mirror*