USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

           Plaintiff,

v.

LULULEMON ATHLETICA INC. and CURIOUSER PRODUCTS INC. d/b/a MIRROR INC.,

           Defendants.

22-CV-0082 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been reassigned to me for all purposes. The referral to Judge Wang for general pretrial matters remains in effect.

SO ORDERED.

Dated:    April 25, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge