**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

NIKE INC.,

                Plaintiff,                1:22-cv-00082-RA-OTW

      -against-                    **ORDER**

LULULEMON USA INC. et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Status Conference on November 10, 2022.  Defendant's motion to vacate the Civil Case Management Plan and Scheduling Order (ECF 61) is **DENIED**.

**Status Conference.**  A status conference is scheduled for **January 24, 2023, at 10:30 A.M.** in Courtroom 20D at 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

                                                              _s/ Ona T. Wang_

Dated: November 10, 2022                                   **Ona T. Wang**
       New York, New York                         United States Magistrate Judge