**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIKE, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>LULULEMON USA INC. and CURIOUSER PRODUCTS INC. d/b/a MIRROR,<br><br>                    Defendants. | Case No.: 1:22-cv-00082-RA-OTW<br><br>**DECLARATION OF DIEK O. VAN NORT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, Diek O. Van Nort, hereby declare:

1. I am a partner with the law firm of Morrison & Foerster LLP. Effective no later than January 27, 2023, I will no longer be associated with Morrison & Foerster LLP.

2. I submit this declaration in support of the motion to withdraw my appearance as counsel of record for defendants lululemon usa inc. and Curiouser Products Inc. d/b/a MIRROR ("Defendants") from this action.

3. Defendants will continue to be represented by, Kyle Mooney, Jennifer Schmidt, and Forrest M. McClellen of Morrison & Foerster LLP.

4. Fact discovery and claim construction proceedings are ongoing. The Court has not yet scheduled the close of discovery or any pre-trial or trial dates.

5. I certify that my withdrawal will not cause or result in any delay or prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2023
            San Francisco, CA

                                                    By:    */s/ Diek O. Van Nort*
                                                           Diek O. Van Nort