**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
NIKE INC.,                                                  :
                                                            :
                              Plaintiff,                    :   1:22-cv-00082-RA-OTW
                                                            :
              -against-                                     :   ORDER
                                                            :
LULULEMON USA INC. et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 44. Application **GRANTED.** Defendants' Opening Brief will be filed no later than **January 30, 2023**; Plaintiff's Opposition Brief will be filed within **fourteen (14) calendar days** of Defendants' Opening Brief; and Defendants' Reply Brief will be filed within **seven (7) calendar days** of Plaintiff's Opposition Brief.

**SO ORDERED.**

Dated: January 30, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge