USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

                Plaintiffs,

      v.

LULULEMON USA INC. and CURIOUSER
PRODUCTS INC. d/b/a MIRROR,

                Defendants.

No. 22-CV-82 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 24, 2023, the Court stayed this action pending the resolution of *inter partes* review ("IPR") proceedings before the Patent Trial and Appeal Board ("PTAB"). Doc. No. 109. The parties filed several status updates in 2023, the last of which stated that oral argument for the proceedings would be held on April 16, 2024. Doc. No. 112. The parties are hereby directed to provide another status update on the IPR proceedings by October 29, 2024. SO ORDERED.

Dated:    October 22, 2024
           New York, New York

_____
Ronnie Abrams
United States District Judge