UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NIKE, INC.<br><br>                    Plaintiff,<br><br>          v.<br><br>LULUMON ATHLETICA INC., and CURIOUSER<br>PRODUCTS INC. D/B/A MIRROR<br><br>                    Defendants. | No. 22-CV-282 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On February 24, 2024, the Court stayed this action pending the resolution of *inter partes* review ("IPR") proceedings before the Patent Trial and Appeal Board ("PTAB"). Dkt. 109. The parties have filed a series of status updates about the resolution of these IPR proceedings, the latest of which was filed on October 24, 2024. Dkt. 114. In that update, the parties indicated that a Final Written Decision had been issued by the PTAB for each of the Asserted Patents (as defined in the parties' letter), and that several of these decisions had been appealed to the Federal Circuit. The parties further indicated that oral argument on these appeals would be held "in the summer or fall of 2025."

The parties shall submit a joint status letter to the Court regarding the status of the Federal Circuit proceedings by Friday, May 1, 2026.

SO ORDERED.

Dated:          April 3, 2026
                New York, New York

Ronnie Abrams
United States District Judge