May 1, 2026

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 805-0162

Re: *Nike, Inc. v. lululemon usa Inc. et al.*, Case No.: 1:22-cv-00082-RA-OTW
Joint Status Update Regarding *inter partes* Review

Dear Judge Abrams,

Pursuant to the Court's Order dated April 3, 2026, the parties submit this joint letter regarding the status of the parties' parallel *inter partes* review proceedings. ECF No. 113.

This case is currently stayed pending *inter partes* review of U.S. Patent Nos. 8,620,413 ("the '413 patent"), 9,278,256 ("the '256 patent"), 9,259,615 ("the '615 patent"), 10,188,930 ("the '930 patent"), 10,232,220 ("the '220 patent"), and 10,923,225 ("the '225 patent") (collectively, the "Asserted Patents"). ECF No. 109.

A summary of the PTAB's findings and the appeal status of each *inter partes* review (as reported in the October 24, 2024 Joint Status Update (ECF No. 114)) is shown in the table below.

| IPR No. | Challenged Patent | Challenged Claims | Claims Found Unpatentable | Claims Found Patentable | Under Appeal |
|---|---|---|---|---|---|
| IPR2023-00180 | 10,232,220 | 11–14, 19, 20 | 11–14, 19, 20 | | CAFC 24-2074 |
| IPR2023-00189 | 9,278,256 | 1–20 | 1–4, 7, 8, 11–16 | 5, 6, 9, 10, 17–20 | No |
| IPR2023-00348 | 10,188,930 | 1, 5–7, 12 | 1, 5–7, 12 | | No |
| IPR2023-00349 | 9,259,615 | 1–5, 7, 11, 13 | 1–5, 7, 11, 13 | | No |
| IPR2023-00424 | 10,923,225 | 1–10, 12–19 | 1–10, 12–19 | | No |
| IPR2023-00438 | 8,620,413 | 1–5, 7, 9, 12–14, 17–19 | 1–5, 7, 9, 12–14, 17–19 | | CAFC 24-2134 |

As indicated above, IPR2023-00180 ('220 patent) and IPR2023-00438 ('413 patent) are subject to Federal Circuit appeal. In CAFC 24-2074 ('220 patent), briefing is complete and oral argument is scheduled for May 11, 2026. In CAFC 24-2134 ('413 patent), briefing is complete and oral argument is scheduled for June 2, 2026.

Respectfully submitted,

Dated: May 1, 2026

*/s/ Michael J. Harris*

Michael J. Harris (admitted *pro hac vice*)
Aaron P. Bowling (admitted *pro hac vice*)
Christopher J. Renk (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Email: michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com
chris.renk@arnoldporter.com

Michael J. Sebba (SBN 5398540)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Email: michael.sebba@arnoldporter.com

Kathleen Duffy Lichtenstein (SBN 5910153)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Email: kathleen.lichtenstein@arnoldporter.com

*Attorneys for Plaintiff Nike, Inc.*

*/s/ Kyle W. Mooney*

Kyle W. Mooney (SBN 3970639)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 468-8000
Email: kmooney@mofo.com

*Attorneys for Defendants lululemon usa inc. and Curiouser Products Inc. d/b/a Mirror*