UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NIKE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:22-cv-00082-RA-OTW |
| LULULEMON USA INC. and CURIOUSER PRODUCTS INC. d/b/a MIRROR | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Nike Inc. ("Nike") and Defendants lululemon usa inc. and curiouser products inc. d/b/a mirror ("lululemon"), hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties reserve their right to seek fees and costs.

Respectfully submitted,

Dated: September 16, 2026

*/s/ Michael J. Harris*
Michael J. Harris (admitted *pro hac vice*)
Aaron P. Bowling (admitted *pro hac vice*)
Christopher J. Renk (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
300 N. LaSalle Dr., Suite 3500
Chicago, IL 60654
Telephone: (312) 583-2300
Email: michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com
chris.renk@arnoldporter.com

Michael J. Sebba (SBN 5398540)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Email: michael.sebba@arnoldporter.com

Kathleen Duffy Lichtenstein (SBN 5910153)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Email: kathleen.lichtenstein@arnoldporter.com

*Attorneys for Plaintiff Nike, Inc.*

_/s/ Kyle W. Mooney___________
Kyle W. Mooney (SBN 3970639)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 468-8000
Email: kmooney@mofo.com

*Attorneys for Defendants lululemon usa inc. and Curiouser Products Inc. d/b/a Mirror*

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2026, I caused a true and correct copy of **STIPULATION OF VOLUNTARY DISMISSAL** to be served via ECF on the following counsel for Defendants:

Kyle W. Mooney
MORRISON & FOERSTER LLP
*kmooney@mofo.com*

*/s/ Michael J. Harris*
For Plaintiff Nike, Inc.